# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1089. LOURINZA JORDAN v. THE STATE.**

On October 24, 2025, Lourinza Jordan filed a notice of appeal of the trial court's December 19, 2024 order revoking his probation. We lack jurisdiction for two reasons. First, appeals from probation revocation orders must be made by application for discretionary appeal, and compliance with the discretionary appeals procedure is jurisdictional. See OCGA § 5-6-35(a)(5); *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021); *Jones v. State*, 322 Ga. App. 269, 269 n.2 (745 SE2d 1) (2013). Second, the appeal is untimely because it was filed 309 days after entry of the probation revocation order. An application for discretionary appeal is required to be filed within 30 days of entry of the order to be appealed, and the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. See OCGA § 5-6-35(d); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/15/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*